IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE BUZBEE LAW FIRM, <br><br> Plaintiff, <br><br> v. <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP, et al., <br><br> Defendants. | Civil Action No. 4:25-cv-00385 <br><br> JURY |

**DEFENDANTS MARCY BRYAN CROFT & MJ LEGAL, P.A.'S
CERTIFICATION OF RELATED LITIGATION**

Pursuant to Local Rule 5.2, Defendants Marcy Bryan Croft and MJ Legal, P.A. (together "Croft") submit the following notice of related litigation. The undersigned certifies that as of this date there are no directly affected non-parties. This case is related to the below pending litigation in this district. *Maldonado v. Croft*, listed below, is the first-filed of the related cases.

- *Maldonado v. Croft, et al.*, Case No. 4:25-cv-00345 (S.D. Tex.) (assigned to Judge David Hittner).

- *Garcia v. Croft, et al.*, Case No. 4:25-cv-00353 (S.D. Tex.) (assigned to Judge George C. Hanks, Jr.).


Dated: January 31, 2025

Respectfully submitted,

*/s/ Gregg J. Costa*
Gregg J. Costa
*Attorney-in-Charge*
  State Bar No. 24028160
  SDTX Federal No. 32779
Sydney A. Scott
  State Bar No. 24088379
  SDTX Federal No. 3126470
Johanna E. Smith
  State Bar No. 24126934
  SDTX Federal No. 3716571
GIBSON, DUNN & CRUTCHER LLP
811 Main St., Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
GCosta@gibsondunn.com
SAScott@gibsondunn.com
JESmith@gibsondunn.com

Reed Brodsky (*pro hac vice* application forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
rbrodsky@gibsondunn.com

*Attorneys for Defendants Marcy Bryan Croft & MJ Legal, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2025, a true and correct copy of the foregoing was served by email and/or by electronic filing service on all counsel of record.

                                              */s/ Gregg J. Costa*
                                              Gregg J. Costa