United States District Court
Southern District of Texas

**ENTERED**
February 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-00385 |
|---|---|---|---|

| The Buzbee Law Firm |
|---|
| *versus* |
| Marcy Bryan Croft and MJ Legal, P.A. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Reed Brodsky<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 351-4000<br>rbrodsky@gibsondunn.com<br>NY 2843019 |
|---|---|

| Name of party applicant seeks to appear for: | Marcy Bryan Croft and MJ Legal, P.A. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/10/2025 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 2/12/2025   Clerk's signature *[signature]*

**Order**

Dated: 2/21/25

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge